NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LARRY GILLIARD, a/k/a WILLIAM
LARRY GILLIARD; and JEWEL
GILLIARD, a/k/a SAMANTHA JEWEL
GILLIARD,

      Appellants,

v.

GELT FUNDING, LLP, a Florida
limited liability partnership,

      Appellee.

Case No. 2D17-2004

Opinion filed November 9, 2018.

Appeal from the Circuit Court for Hardee
County; Marcus J. Ezelle, Judge.

Larry Gilliard and Jewel Gilliard, pro se.

No appearance for Appellee.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and VILLANTI and LUCAS, JJ., Concur.